UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 17- 064 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| PAOLO ALDORASI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Kidnapping

<u>Date of Detention Hearing</u>:    March 2, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is a native and citizen of Italy residing in London, England. The charging district is the District Court for the District of Columbia. An order of transfer has been

DETENTION ORDER
PAGE -1

signed. At the time of the alleged facts which led to the pending charge, defendant was traveling in the United States as a tourist. An immigration detainer has been filed as a result of the charge.

2. Defendant has no ties to this District or the charging District. Prior to traveling to the United States he was employed as a chef in London, and his girlfriend and their two children reside in London.

3. Defendant poses a risk of nonappearance due to citizenship and lack of ties to this District. He poses a risk of danger due to the nature of the charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>2nd</u> day of March, 2017.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3